DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ROBERT RODRIGUEZ, and<br><br>CARLOS VELASQUEZ<br><br>                    Defendants. | 2:14-cr-00377-LDG-CWH<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Indictment filed November 25, 2014 (*See* Docket #1) against defendants Robert RODRIGUEZ and Carlos VELASQUEZ in the interest of justice.

The defendants are not in custody on the charges listed above.

DATED: March 16, 2016.

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                    /s/ Susan Cushman
                                    _____
                                    SUSAN CUSHMAN
                                    Assistant United States Attorney

                                              ORDER

IT IS SO ORDERED.
DATED this ____ day of March, 2016.

                                    _____
                                    Lloyd D. George
                                    Sr. U.S. District Judge